```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 04 B 27200
     SHARON L PONDER
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
     SSN XXX-XX-5979

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/22/2004 and was confirmed 09/13/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  12.13% from remaining funds.

     The case was paid in full 08/15/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
ABS SUPPLY CO INC     UNSECURED OTH   21993.93          .00         2666.54
BANK ONE              SECURED NOT I    5664.32          .00              .00
LEGAL RESCUES         DEBTOR ATTY      2,394.00                     2,394.00
TOM VAUGHN            TRUSTEE                                         285.46
DEBTOR REFUND         REFUND                                          188.60

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             5,534.60

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                    2,666.54
ADMINISTRATIVE                               2,394.00
TRUSTEE COMPENSATION                           285.46
DEBTOR REFUND                                  188.60
                    --------------        --------------
TOTALS              5,534.60                 5,534.60

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 09/11/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```